IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 03-cr-00200-PAB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DEMETRIUS MOORE
a/k/a "Dump"

      Defendant.

---

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND VACATING SUPERVISED RELEASE VIOLATION HEARING**

---

This matter comes before the Court upon request by the probation officer to dismiss the petition for violations of supervised release in this case. The United States and the defendant do not object to dismissal of the petition. The Court, having been advised of the facts and premises of the above case, hereby

ORDERS that the petition for violations of supervised release, dated the 5th day of April, 2013 [Docket No. 89], and the supplemental petition, dated the 11th day of April, 2013 [Docket No. 90], are hereby dismissed. It is further

ORDERED that the supervised release violation hearing scheduled for September 9, 2013 is vacated. All pending proceedings in this matter are therefore terminated. The term of supervised release will continue with all terms and conditions remaining in full force and effect.

DATED August 27, 2013.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge