IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 03-cr-00200-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    DEMETRIUS MOORE
     a/k/a "Dump"

      Defendant.

---

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND VACATING SUPERVISED RELEASE VIOLATION HEARING**

---

      This matter comes before the Court upon request by the probation officer to dismiss the petition for violations of supervised release in this case. The United States and the defendant do not object to dismissal of the petition. The Court, having been advised of the facts and premises of the above case, hereby

      ORDERS that the petition for violations of supervised release, dated the 8th day of October, 2014 [Docket No. 113], is hereby dismissed. It is further

      ORDERED that the supervised release violation hearing scheduled for February 6, 2015 is vacated. All pending proceedings in this matter are therefore terminated. The term of supervised release will continue with all terms and conditions remaining in full force and effect.

      DATED at Denver, Colorado, this 4th day of February, 2015.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge