# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For Revocation of Supervised Release)** |
| v. | Case Number:  03-cr-00200-PAB-01 |
| | USM Number:  32184-013 |
| DEMETRIUS MOORE<br>"Dump" | Brian Rowland Leedy<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 03/02/2015 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The government has withdrawn violations 3, 4, and 6 and the defendant is discharged as to such violations.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

 

July 9, 2015
_____
Date of Imposition of Judgment

s/Philip A. Brimmer
_____
Signature of Judge

Philip A. Brimmer, U.S. District Judge
_____
Name & Title of Judge

July 13, 2015
_____
Date

DEFENDANT: DEMETRIUS MOORE
CASE NUMBER: 03-cr-00200-PAB-01                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Reside In/Comply with Rules of Residential Reentry Center (RRC) | 03/25/2015 |
| 5 | Leaving the District Without Permission | 04/13/2015 |

DEFENDANT:  DEMETRIUS MOORE
CASE NUMBER:  03-cr-00200-PAB-01                                                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fourteen (14) months, which already takes into account the five (5) months the defendant served for dismissed violation petitions.

The Court recommends that the Bureau of Prisons credit the defendant with 88 days of presentence confinement.  In addition, that the defendant be designated to a facility in the Denver, Colorado, metropolitan area to facilitate his availability for writs from the State of Colorado for pending matters, and to facilitate visitation with his family.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal